UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
EMILY HERNANDEZ, *on behalf of herself* :
*and all others similarly situated*, :
:
                             Plaintiff, :      23-CV-9987 (VSB)
:
         - against - :      **ORDER**
:
ET-A-LL, LLC, :
:
                           Defendant. :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      In light of the multiple filing deficiencies presently on the docket, Plaintiff's counsel is hereby

      ORDERED to comply with the Clerk of Court's docketing instructions and refile the proposed clerk's certificate of default and affirmation in support by no later than June 21, 2024. If Plaintiff fails to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 11, 2024
             New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge