**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
EMILY HERNANDEZ, on behalf of herself　　　　　Case No. 1:23-cv-09987-VSB
and all others similarly situated,

　　　　　　　　　　　　Plaintiff　　　　　**NOTICE OF VOLUNTARY**
　　　　　　　　　　　　　　　　　　　　　　**DISMISSAL WITH PREJUDICE**
　　　　　　　　　　　　　　　　　　　　　　**WITHOUT COSTS**

　　　　　　　-against-

ET-A-LL, LLC

　　　　　　　　　　　　Defendant.
----------------------------------------------------------x


**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.


Dated:  Jericho, New York
　　　　June 24, 2024

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Noor A. Saab*
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　**The Law Office of Noor A. Saab**
　　　　　　　　　　　　　　　　　　　　　380 North Broadway, Penthouse West
　　　　　　　　　　　　　　　　　　　　　Jericho, New York 11753
　　　　　　　　　　　　　　　　　　　　　Tel: 718-740-5060
　　　　　　　　　　　　　　　　　　　　　Email: NoorASaabLaw@Gmail.com

1